UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD MAY,<br>　　　　　Plaintiff,<br>　　v.<br>SEMBLANT, INC, et al.,<br>　　　　　Defendants. | Case No. 13-cv-01576-BLF<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 40 |

　　　　Plaintiff, Donald May, and Defendants, Semblant, Inc. and Steve Lowder, do hereby stipulate as follows:

　　　　On April 21, 2014, as part of the reassignment of this matter to the Hon. Beth Labson Freeman, the Court set a new Case Management Conference date for May 7, 2014. Plaintiff's counsel, Randall M. Widmann, will be unavailable on that date and time due to a pre-paid and scheduled vacation. Mr. Widmann had advised all parties of his unavailability pursuant to his Notice of Unavailability of February 27, 2014, a copy of which is attached as Exhibit A.

　　　　Therefore, the parties do hereby stipulate that the above-referenced Case Management Conference be continued to June 5, 2014, at 10:00 am or such other future date as is convenient to the Court.

The parties request that the Court make this Stipulation an Order of this Court.

Dated: 4/24/14

Randall M. Widmann
Attorney for Plaintiff

Dated: 04/23/14

Jon Daryanani
Attorney for Defendants

**ORDER**

The Court having read and considered the Stipulation of the parties to continue the currently scheduled Case Management Conference and, FOR GOOD CAUSE APPEARING, does hereby make the Stipulation the Order of this Court. The Case Management Conference in this matter is continued to June 5, 2014, at 1:30 P.M.

**IT IS SO ORDERED.**

Dated: April 29, 2014

BETH LABSON FREEMAN
United States District Judge