UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD MAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEMBLANT, INC, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-01576-BLF<br><br>**STIPULATION AND ORDER EXTENDING NON-EXPERT DISCOVERY CUTOFF**<br><br>Re: Dkt. No. 40 |

　　　　Plaintiff, Donald May, and Defendants, Semblant, Inc. and Steve Lowder, do hereby stipulate as follows:

　　　　　　Due to unforeseen calendaring conflicts and scheduling by Courts in other matters in which the respective parties' attorneys of records are engaged, the parties do hereby stipulate that the non-expert discovery cut-off in this matter be extended to June 30, 2014, from its current deadline of May 30, 2014, in order to facilitate timely completion of non-expert discovery in this matter without undue expense to the parties and without impacting other courts' calendars in other matters the attorneys of record are prosecuting and defending.

The parties request that the Court make this Stipulation an Order of this Court.

Dated: 4/24/14

_____
Randall M. Widmann
Attorney for Plaintiff

Dated: 04/23/14

_____
Jon Daryanani
Attorney for Defendants

**ORDER**

The Court having read and considered the Stipulation of the parties to extend the cut-off date for non-expert discovery in this matter and, FOR GOOD CAUSE APPEARING, does hereby make the Stipulation the Order of this Court.  Non-expert discovery shall be concluded on or before June 30, 2014.

**IT IS SO ORDERED.**

Dated: April 29, 2014

_____
BETH LABSON FREEMAN
United States District Judge