UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DONALD MAY,

        Plaintiff,

  v.

SEMBLANT, INC, et al.,

        Defendants.

Case No.  13-cv-01576-BLF

**CASE MANAGEMENT ORDER**

On June 05 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference<br>Case Management Statement | 11/20/2014 at 1:30 pm.<br>11/13/2014 |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | 10/10/2014 |
| Fact Discovery Cut-Off | 09/30/2014 |
| Expert Discovery Cut-Off | 11/14/2014 |
| Last Day to Hear Dispositive Motions | 02/26/2015 at 9:00 am. |
| Final Pretrial Conference | 04/16/2015 at 2:30 pm. |
| Trial | 04/27/2015 at 9:00 am. |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

Dated:  June 09, 2014

_____
BETH LABSON FREEMAN
United States District Judge